**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

DIANA MEDEMA, BRENDA GRANADOS, and BLAIRE GILOMEN, and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NUNA BABY ESSENTIALS, INC.

Defendant.

Case No.: 1:25-cv-07768

Hon. Franklin Valderrama, Presiding

Magistrate Laura K. McNally

**JOINT STATUS REPORT**

Pursuant to this Court's Order of February 11, 2026 (ECF No. 56), Plaintiffs Diana Medema, Brenda Granados, and Blaire Gilomen (the "Plaintiffs") and Defendant Nuna Baby Essentials, Inc. ("Defendant," and together with Plaintiffs, the "Parties") submit this Joint Status Report regarding the progress of the case.

Nuna has deposed Plaintiffs Medema and Gilomen. The Parties are working cooperatively to schedule the deposition of the last remaining plaintiff, Plaintiff Granados. Plaintiffs continue to review Nuna's document productions, and the parties have begun conferring regarding scheduling depositions of Nuna's witnesses.

Following the Court's March 31, 2026 order, the Parties expect to file a joint motion seeking entry of the ESI Protocol and stipulated Protective Order shortly.

1

Respectfully submitted,

/s/ William A. Ladnier
Adam A. Edwards (*pro hac vice*)
William A. Ladnier (*pro hac vice*)
Virginia Ann Whitener (Ill. Bar No. 6337452)
**MILBERG, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049
aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

Leland Belew (Ill. Bar No. 6331809)
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 865-247-0080
Fax: 865-522-0049
lbelew@milberg.com

Kevin Laukaitis (admitted in NDIL)
Daniel Tomascik (admitted in NDIL)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: 215-789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

Respectfully submitted,

/s/ James W. Ozog
James W. Ozog (ARDC # 2130963)
Chad Layton (ARDC # 6243339)
Jeffrey M. Alperin (ARDC # 6226492)
**GOLDBERG SEGALLA LLP**
222 W. Adams Street, Suite 2250
Chicago, IL 60606
jozog@goldbergsegalla.com
clayton@goldbergsegalla.com
jalperin@goldbergsegalla.com

Scott L. Winkleman
**CROWELL & MORING LLP**
1001 Pennsylvania Ave NW
Washington, DC 20004
(202) 624-2500

Valerie M. Goo (*pro hac vice*)
**CROWELL & MORING LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Tel: (213) 622-4750
vgoo@crowell.com

*Attorneys for Defendant, Nuna Baby*
*Essentials, Inc.*

2