**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DIANA MEDEMA, BRENDA GRANADOS**,** and BLAIRE GILOMEN, individually and on behalf of all others similarly situated<br><br>       Plaintiffs,<br><br>v.<br><br>NUNA BABY ESSENTIALS, INC.**,**<br><br>       Defendant. | Case No. 1:25-cv-07768<br><br>Hon. Franklin Valderrama, Presiding<br><br>Magistrate Laura K. McNally |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

Pursuant to Local Rule 83.17, please take notice that Daniel Tomascik of the law firm LAUKAITIS LAW LLC hereby withdraws as counsel of record for Plaintiffs, Diana Medema, Brenda Granados, and Blaire Gilomen ("Plaintiffs"). As of May 29, 2026, the undersigned will no longer be affiliated with LAUKAITIS LAW LLC. Plaintiffs will continue to be represented in this action by attorney Kevin Laukaitis of LAUKAITIS LAW LLC and other firms that have entered appearances in this matter.

DATED: May 18, 2026     Respectfully submitted,

/s/ *Daniel Tomascik*
Kevin Laukaitis
Daniel Tomascik
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 559-6072
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs & Putative Class Members*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 18, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Daniel Tomascik*
Daniel Tomascik