# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Diana Medema, et al.

                  Plaintiff,

v.

                                                Case No.: 1:25–cv–07768

Nuna Baby Essentials, Inc.                             Honorable Franklin U. Valderrama

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable Laura K. McNally: The following expert discovery schedule will apply: affirmative expert disclosures (either side) due 11/11/26; rebuttal expert disclosures due 12/23/26; close of expert discovery 2/3/27. An updated status report is due 10/7/26, following the close of fact discovery. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.