# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Diana Medema, et al.

                        Plaintiff,

v.                                       Case No.: 1:25–cv–07768

                                       Honorable Franklin U. Valderrama

Nuna Baby Essentials, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

       MINUTE entry before the Honorable Laura K. McNally:Video motion hearing held 7/28/26 as to Plaintiffs' Motion to Compel [74] [75]. For the reasons stated on the record, the motion is granted in part and denied in part. (1) By 8/18/26 (absent further agreement of the parties), Defendant is ordered to produce unredacted documents that have been previously produced with redactions for responsiveness, but as discussed on the record, this order is subject to any motion Defendant may file (after conferral) for a protective order allowing redactions for responsiveness for identified categories of information. Any such motion is to be filed by 8/11/26, with a response due 8/18/26 and hearing scheduled for 8/21/26 at 10:00 a.m. CST. The parties are to appear at the video hearing by accessing the following link: https://us–courts.webex.com/meet/scott_white. (Please be careful not to include the period at the end of the preceding sentence when pasting the URL into the web browser.) Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1–650–479–3207; Access: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. If Defendant files a motion for protective order pursuant to this schedule, the order requiring production of unredacted records is stayed pending ruling on the motion for protective order. (2) Defendant is ordered to produce, by 8/18/26, registration information for California, New York, Illinois, Pennsylvania, and Virginia. Defendant is permitted to redact or anonymize purchaser identifying information in these records. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.