**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Diana Medema, et al.
Plaintiff,
v.
Nuna Baby Essentials, Inc.
Defendant.

Case No.: 1:25−cv−07768
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2026:

MINUTE entry before the Honorable Laura K. McNally. Video motion hearing held 8/21/26. Motion to seal [73] is granted. Motion for protective order relating to redactions for responsiveness in Defendant's customer contact spreadsheets [82] is denied as moot. These spreadsheets are to be produced by 8/31/26. Defendant is ordered to produce a supplemental privilege log by 8/31/26. In that log, Defendant must identify whether the specific document or attachment is being withheld because (a) the document is independently privileged or (b) the document, while not independently privileged, is attached to a privileged document. To assist the parties in narrowing areas of dispute, the Court recommends that Defendant also identify whether any document on the privilege log relates solely to products or issues outside the scope of this litigation. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.